UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLA TESTA , | ) | No. 2:19-CV-00160-VEB |
| | ) | |
| Plaintiff, | ) | **ORDER AWARDING** |
| | ) | **ATTORNEYS' FEES** |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorneys' fees and expenses the amount of SIX THOUSAND DOLLARS AND 00/100, ($6,000.00). subject to the terms of the Stipulation.

DATED this 19th day of June, 2020,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE